# ASSIGNMENT OF MEMBERSHIP INTERESTS AND ASSUMPTION OF OBLIGATIONS

**MARK MARQUESS** (the "**Transferor**"), a Member of **PIONEER PLASTICS, LLC**, an Arkansas limited liability company (the "**Company**"), in consideration of the undertakings herein of **PAUL PIPER** individually (the "**Transferee**"), does hereby grant, assign, transfer, and convey Transferor's entire interest in the Company, consisting of forty (40) units (the "**Assigned Interest**") to Transferee, said Assigned Interest representing forty percent (40.00%) of the uncertified voting membership interests of the Company.

This assignment and conveyance is expressly made subject to the Amended and Restated Operating Agreement of the Company (the "**Operating Agreement**"), and the restrictions on transferability therein contained and is intended to render the Transferee as a Member of the Company in place of the Transferor with respect to the Assigned Interest. The Transferee acknowledges that it has received a copy of the Operating Agreement and hereby accepts and adopts each and every term and provision of the Operating Agreement.

The Transferee, as a Member of the company, further agrees to perform and discharge any and all of the duties and obligations of the Transferor accruing from and after the date hereof that are attributable to the Assigned Interest or that relate to any and all indebtedness owed to ANB Financial, N.A. (the "**Lender**"), including that certain Small Business Administration loan in the amount of One Million Two Hundred Fifty Thousand and No/100 Dollars ($1,250,000.00) and that certain working capital line of credit in the amount of One Million and No/100 Dollars ($1,000,000.00), and shall hold transferor harmless concerning the same. Additionally, pursuant to the terms of the certain Indemnity Agreement of even date, Transferee shall indemnify and hold Transferor harmless for any and all liability with respect to that certain loan to the Company from Leland Tollett in the amount of One Million and No/100 Dollars ($1,000,000.00). For the express benefit of the Company, the Transferee hereby becomes a party to the Operating Agreement and assumes all duties, obligations and liabilities arising under the Operating Agreement related to its ownership and assumption of the Assigned Interest and its becoming a Member as well as any and all obligations owed by the Company to the Lender.

The Transferee hereby represents that the transactions contemplated herein are made in accordance with all applicable laws and regulations and that the Transferee meets the investor suitability standards applicable to such transactions.

The Transferor and the Transferee hereby agree to execute any documents required to evidence further or to confirm the assignment effected hereby.

Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Operating Agreement.



EXHIBIT

E

**IN WITNESS WHEREOF,** the parties hereto have executed this Assignment and Assumption of Membership Interest to be effective the 31st day of December, 2007.

**TRANSFEROR:**

MARK MARQUESS

______________________

**TRANSFEREE:**

PAUL PIPER

______________________