**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **AMERICAN ACQUISITION, LLC,**<br>**A Delaware Limited Liability Company,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**PIONEER PLASTICS, LLC,**<br>**An Arkansas Limited Liability Company,**<br>**MARK MARQUESS,**<br>**PAUL P. PIPER, JR.,**<br>**RANDY MAY,**<br>**and**<br>**STEVE BURAK**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 5:08-cv-05263-JLH** |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff American Acquisition, LLC, by and through counsel of record, hereby voluntarily dismisses without prejudice its claims against Defendants Pioneer Plastics, LLC, Mark Marquess, Paul P. Piper, Jr., Randy May, and Steve Burak, with each party to bear their own costs.

**HUSCH BLACKWELL SANDERS LLP**

*/s/ Wade M. Early*
Wade M. Early #2008293
901 St. Louis Street, Suite 1900
Springfield, Missouri 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
Email: wade.early@huschblackwell.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of ***Voluntary Dismissal Without Prejudice*** was mailed by United States mail, postage prepaid this 24th day of March 2009 to:

Chris Lisle
Lisle Law Firm
1458 Plaza Place, Suite 101
Springdale, AR 72764
Telephone: (479) 750-4444
Email: clisle@lislelawfirm.com
**Attorney for Defendant Pioneer Plastics, LLC**

Ben F. Arnold
111 Center Street, Suite 1300
Little Rock, AR 72201
Phone: 501-372-7243
Facsimile: 501-372-5553
Email: barnold.kdca@sbcglobal.net
**Attorney for Defendant Paul Piper, Jr.**

Mark Marquess
2270 E. Farr Lane
Fayetteville, AR 72703

Randy May
307 St. Andrews
Harrison, AR 72601

Steve Burak
6119 Waller Lane
Colleyville, TX 76034

Paul P. Piper, Jr.
3125 Tucker Ranch Rd
Wilson, WY 83014

*/s/ Wade M. Early*
Attorney